```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PETERS,

                                Plaintiff(s),

    - against -

HUTTEL, et al.,

                                Defendant(s).
-----------------------------------------------------------x

**RESCHEDULING ORDER**

15 Civ. 9274 (NSR)

ROMÁN, D.J.:

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, and given the further directives provided by the Chief Judge of the United States District Court for the Southern District of New York pursuant to Standing Order 20-MC-197 suspending the conduct of jury trials in this district until further notice of the court, it is hereby

    ORDERED that the above case previously scheduled for a Pretrial Conference on July 30, 2020, **is hereby rescheduled until September 25, 2020 at 11:30 am to be held via teleconference** unless otherwise directed by the Court.

    To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.**

    In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.

2. Use handset rather than speakerphone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. **Mute** when not speaking to eliminate background noise, i.e., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow the speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

It is the responsibility of Defendants' counsel to make prior arrangements with the appropriate facility to have the pro se Plaintiff appear via telephone.

Defendants are directed to mail a copy of this endorsement to pro se Plaintiff and file proof of service. The parties are encouraged to discuss settlement.

Dated: White Plains, New York
July 28, 2020

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.