**MEMO ENDORSED**





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8653

March 9, 2021

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

   Re:  Peters v. Huttel / 15 Civ. 9274(NSR)

Dear Judge Román:

     This Office represents the defendants in this matter.  Earlier today I filed my Notice of Appearance.  I understand that the final Pre-Trial Conference is scheduled for Friday, September 17, 2021 with a trial date of September 27, 2021.  I write to respectfully request that the date of the final Pre-Trial Conference be rescheduled as I have a longstanding commitment on September 16 and 17, 2021 that renders me unavailable to attend said conference.  Assistant Attorney General Brendan Horan and I are available any other day that week or the week of September 20th.  Wherefore, it is respectfully requested that the final Pre-Trial Conference be rescheduled from September 17, 2021 to a date convenient to the Court.

Respectfully submitted,

/s Rebecca Ann Durden
Assistant Attorney General

cc:   Tyrone Peters
      04-A-4361
      Clinton Correction Facility
      P.O. Box 2000
      Dannemora, New York  12929

Deft's request to adjourn the Final Pretrial Conf., to be held by AT&T teleconference, from Sept. 17, 2021 until Sept. 23, 2021 at 10:00 am is granted. It is the responsibility of Deft's counsel to make prior arrangements with the appropriate facility to have the pro se Pltf appear via telephone. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest. Clerk's Office directed to mail a copy of this endorsement to Pltf., show service on the docket and terminate the motion (doc. 105).

Dated:  March 15, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE