

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

August 13, 2021

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/16/2021
```

    Re:    Peters v Huttel et al, SDNY 15 Civ. 9274 (NSR)

Dear Judge Román:

    This Office represents defendants Correction Officer ("CO") Daniel Huttel, CO Jeffrey Erns, and Sergeant Duane Malark ("Defendants") in the above-referenced action filed by pro se plaintiff Tyrone Peters. I write to respectfully request leave to file under seal an exhibit to my declaration in support of the Defendants' motion in limine.

    During his deposition on March 29, 2017, Plaintiff requested that portions of his transcript be designated confidential. Therefore, I am respectfully requesting leave to file the excerpt of his deposition transcript under seal to maintain the confidentiality pursuant to Plaintiff's request.

    Thank you for your consideration to the application herein.

Respectfully submitted,

*/S Brendan M. Horan*
Brendan M. Horan
Assistant Attorney General
Brendan.Horan@ag.ny.gov

**MEMO ENDORSED**

Defendants' application is GRANTED. The transcript shall be filed under seal. The Clerk of the Court is directed to mail a copy of this endorsement to *pro se* Plaintiff and show proof of service on the docket.

Dated: August 16, 2021
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge