

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

August 20, 2021

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, New York 10601

    Re:    Peters v Huttel et al, SDNY 15 Civ. 9274 (NSR)

Dear Judge Román:

    This Office represents defendants Correction Officer ("CO") Daniel Huttel, CO Jeffrey Erns, and Sergeant Duane Malark ("Defendants") in the above-referenced action filed by pro se plaintiff Tyrone Peters.

    I write on behalf of all parties to respectfully inform the Court that today the parties came to an agreement to resolve this matter through settlement. The parties are preparing the necessary settlement paperwork and will file a stipulation as soon as possible. However, due to the difficulty in prompt communication with incarcerated individuals, it is likely that the parties will need more time than typical to complete and execute the necessary filings. Therefore, the parties request sixty days to submit a settlement stipulation.

    Thank you for your consideration to the application herein.

    Respectfully submitted,

    */S Brendan M. Horan*
    Brendan M. Horan
    Assistant Attorney General
    Brendan.Horan@ag.ny.gov

cc:    Tyrone Peters (via United States Mail)