Docket in case #:_____ CV-CR____
As: Plaintiff's Motion in Limine
Date: 08 / 16 / 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/23/2021

RECEIVED
AUG 16 2021
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

Tyrone Peters #04-A-4361
Clinton Correctional Facility
P.O. box 2001
Dannemora, New York 12929

August 9, 2021

**MEMO ENDORSED**

The Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **Peters v. Huttel et at, SDNY 15 Civ. 9274 (NSR)**

Dear Judge Nelson S. Roman,

On August 6, 2021, I sent to the Defendant's AAG – Mr. Horan a copy of the Amended Joint Pretrial Order which was properly filled out. Today, August 9, 2021, I also send to the Defendant's AAG – Mr. Horan a copy of my Motion in Limine.

Please accept a copy of my Motion in Limine that is attached to this letter.

Thank you in advance for your assistance in this matter.

Respectfully Submitted,

T. Peters

Tyrone Peters #04-A-4361
Plaintiff, Pro-Se,
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/16/2021

CC-File Copy

In light of the parties' settlement, the motion is denied as moot. The Clerk of the Court is respectfully requested to terminate the motion (ECF No. 118), mail a copy of this endorsement to *pro se* Plaintiff, and show proof of service on the docket.

Dated: August 23, 2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge