UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TYRONE PETERS,

        Plaintiff,

- against -

CORRECTION OFFICER HUTTEL, *et al.*,

        Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/23/2021

**ORDER**

15 Civ. 9274 (NSR)

Román, D.J.:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on ECF and to file proof of service on the docket.

SO ORDERED.

Dated:   White Plains, New York
           August 23, 2021

                                                                                  Nelson S. Román, U.S.D.J.