UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE PETERS,

                    Plaintiff,

-against-

CORRECTION OFFICER HUTTEL, et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2022

No. 15-CV-9274 (NSR)
OPINION & ORDER

NELSON S. ROMÁN, United States District Judge

    Plaintiff Tyrone Peters ("Plaintiff") brings this action, *pro se*, against Defendants Correction Officer ("CO") Daniel Huttel, CO Jeffrey Erns, and Sergeant Duane Malark (collectively, "Defendants") asserting several claims pursuant to 42 U.S.C. § 1983 ("Section 1983"). (ECF No. 92.) After being advised that all of the claims asserted had been settled, the Court issued an Order closing the case. (ECF No. 122.) On April 15, 2022, the Court denied Defendants' motion to enforce the oral settlement agreement. (ECF No. 145.) Trial is currently scheduled for May 15, 2023. Therefore, it is

    ORDERED, that the above-entitled action be and hereby is reopened. The Clerk of Court is respectfully directed to reopen this case, mail a copy of this Order to the *pro se* Plaintiff at the address listed on ECF, and show proof of service on the docket.

Dated:    June 7, 2022
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge