**MEMO ENDORSED**



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2022

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8973

August 31, 2022

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Peters v Huttel / 15 Civ. 9274 (NSR)</u>

Dear Judge Román:

    I represent defendants in the above-referenced action. Earlier today I received an email from the Inmate Record Coordinator ("IRC") at Upstate Correctional Facility, Mr. Peters' current place of incarceration. The IRC has asked if it is possible to reschedule the conference currently scheduled for Friday, September 9, 2022 at 11:00 am to any time other than 11:00 a.m. to 12:00 p.m. on that day. Wherefore, defendants respectfully requests that the conference be rescheduled to a time convenient to the Court.

                                                  Respectfully submitted,

                                                 *Rebecca Ann Durden*
                                                 Rebecca Ann Durden
                                                 Assistant Attorney General
                                                 Rebecca.durden@ag.ny.gov

cc:    Tyrone Peters (via United States Mail)

**Defts' request to reschedule the telephonic Pretrial Conf. on Sept. 9, 2022 from 11:00 am to 10:00 am is GRANTED. Counsel is directed to make arrangements with the correctional facility to have the Pltf. participate via telephone. Counsel is also directed to mail a copy of this endorsement to pro se Pltf. and file proof of service. Clerk of Court is requested to terminate the motion at ECF No. 150.**
**Dated: White Plains, NY**
       **Sept. 1, 2022**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE