

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2023

STATE OF NEW YORK OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 27, 2023

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> The Court DENIES the parties' request to adjourn the Feb 28, 2023 teleconference, and directs counsel, including Ms. Keane, to appear at the scheduled teleconference. The Clerk of the Court is kindly directed to terminate the motion as ECF No. 157, and to mail a copy of this order to Pltf. and to show service on the docket.
>
> Dated: February 27, 2023
> White Plains, NY
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: Peters v Huttel / 15 Civ. 9274 (NSR)

Dear Judge Román:

I represent defendants in the above-referenced action. I write to advise the Court that the parties have reach a settlement in principle. I have spoken with Ms. Keane and she has advised me that she will be sending the settlement documents to Mr. Peters for his review and will request an attorney phone call to answer any questions he may have. In light of the above, it is respectfully requested that the Court adjourn the conference scheduled for 10 a.m. on Tuesday, February 28, 2023 sine die. Ms. Keane and I propose either filing a stipulation of settlement or reporting back to the Court on the time-line for the finalization of the papers in thirty days.

Wherefore, it is respectfully requested that the Court adjourn the February 28, 2023 conference sine die.

Respectfully submitted,

*Rebecca Ann Durden*
Rebecca Ann Durden
Assistant Attorney General
Rebecca.durden@ag.ny.gov

MEMO ENDORSED

cc: Tyrone Peters (via United States Mail)
Susanne Toes Keane, Esq (via e-mail)